COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-112-CV

JUDY EATON AND JERRY D.
 APPELLANTS

GOODWIN, GENERAL PARTNER OF 

DENTON-MFG., LIMITED PARTNERSHIP 

(F.K.A. K.D.R.C. II, LTD.)

V.

MARY WILEY BLACK, JERRY D.
 APPELLEES

GOODWIN AS TRUSTEE OF THE LEE 

WILEY MONCRIEF TRUST #3, JERRY D. 

GOODWIN AS TRUSTEE OF THE MICHAEL 

JOSEPH MONCRIEF TRUST #3, STAN L.

WILEY, AS EXECUTOR OF THE ESTATE 

OF WADE W. WILEY, JR., RALPH E. FAXEL 

AND JUDY EATON 

------------

FROM THE 48TH
 
DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss With Prejudice.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2)(A), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: April 28, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.